IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Vernon Lee Haygood,

                              Plaintiff,

v.

The City of West Columbia; John King;
William Norris; Officer Cubelli,[1]

                              Defendants.

Case Number 3:14-cv-3886-TLW

**ORDER**

On October 6, 2014, Plaintiff Vernon Lee Haygood filed this civil action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. (ECF No. 1). The matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Shiva V. Hodges (ECF No. 43) to whom this case was assigned. In the Report, the Magistrate Judge recommends that the Court grant Defendants' motion for summary judgment. (See id., ECF No. 33)  Objections were due by August 3, 2015. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. § 636.  In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

_____

[1] It appears that the Defendant Plaintiff identifies as "Officer Quebelly" is correctly identified as Officer Cubelli.

1

This Court has carefully reviewed the Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Report (ECF No. 43) is **ACCEPTED.** The Defendants' motion for summary judgment (ECF No. 33) is **GRANTED**.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

August 26, 2015
Columbia, South Carolina